Herter Realty Company v. Travelers' Insurance Company.— Motion granted, with ten dollars costs.  Order filed.

Josephine M. Gumbs v. Medora Gumbs.— Motion granted, with ten dollars costs.  Order filed.

In the Matter of Trinity Avenue.— Motion granted unless appellant comply with conditions stated in order.   Order filed.

George S. Bradt v. Frank A. Clark.— Motion granted, with ten dollars costs. Order filed.

Mary Cooney v. John E. McGrath.— Motion granted, with ten dollars costs. Order filed.

Justus Dietrich v. Sophie S. Heim.— Motion granted, with ten dollars costs. Order filed.

William F. Hemstreet v. Decauville Automobile Company.— Motion denied on conditions stated in order.   Order filed.

Fannie M. Weston v. John Townshend.— Motion denied on payment of ten dollars costs.   Order filed.

Leo Schlesinger v. Samuel Bernstein, Impleaded.   (12 motions.)— Motions granted, with ten dollars costs.   Orders filed.

Alexander Moss v. John O. Blanchard.— Motion denied.  Leave given to respondent to move below for correction of record.  Order filed.

Ernst Schiefer and Another v. New York and Harlem Railroad Company.— Motion denied, with ten dollars costs.   Order filed.

John L. Dudley, Jr., v. Armenia Insurance Company.— Motion denied.  Order filed.

Ambrose B. Stannard v. Robert H. Reid and Company.— Motion denied, with ten dollars costs.   Order filed.

Francis Nunnally and Others v. Charles D. Robinson and Others.— Motion denied, with ten dollars costs.  Order filed.

Pratt, Hurst and Company v. E. N. Tailer.— Motion granted.  Settle order on notice.

William J. McEvoy v. Society Anonyme, etc.— Motion denied, with ten dollars costs.  Order filed.

Harry C. Halsey v. H. Jewett Dramatic Company.— Motion granted.  Order filed.

J. Evans Gittings v. William H. Russel.— Motion granted.  Settle order on notice.

William C. Adams v. Elias L. M. Bristol.— Motion granted.  Order filed.

Emily F. Thyson v. Frederick C. Thyson.— Motion denied, with ten dollars costs.  Order filed.

The People of the State of New York v. Federal Bank of New York.— Motion denied, with ten dollars costs.   Order filed.

James H. Fay v. Arizona Commercial Company and Another.— Motion denied. Order filed.

Isaac O. Cohen and Others v. Western Electric Company.— Application denied, with ten dollars costs.   Order signed.

Bernard Kreizer v. Adolph Heinemann.— Application denied, with ten dollars costs.   Order signed.

Solomon L. Baron v. Grand Theatre Company.— Application denied, with ten dollars costs.   Order signed.

Edwin W. Knickerbocker v. Benn Conger and Others.— Motion granted, without costs.   Order filed.

Christian C. Horn v. Henry F. Lippold, Impleaded.— Motion denied, with ten dollars costs.   Order filed.

In the Matter of Samuel H. Randall.— Reference ordered.  Settle order on notice.

E. O. Kindberg v. R. K. Chapman.— Motion dismissed.

The People of the State of New York, Respondent, v. Jacob Mannasovitch, Appellant.— Judgment affirmed.  No opinion.  Order filed.

The People of the State of New York, Respondent, v. John Daly, Appellant. — Judgment affirmed.  No opinion.  Order filed.

The People of the State of New York ex rel. Thomas T. Crahan, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York,